UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Clerk's Minutes**

**Before the Honorable Don J. Svet**

Case No.  07cv0431                                                      Date:  3/6/2008

Title:        *Summit Elec. Supply Co., Inc. v. IBM Corp.*

Law Clerk:  Ofelia Garcia

Type of Proceeding:         Rule 16 Scheduling Conference

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**   **ATTORNEYS PRESENT FOR DEFENDANT(S):**
Geoffrey Rieder                                                  Andrew Schultz

Proceedings:
Discovery terminates        October 24, 2008
Discovery motions           November 3, 2008
Other pretrial motions      January 12, 2009

Expert Witnesses
Plaintiff(s)                 August 11, 2008
All others                   September 11, 2008


Type of Case            ___ Expedited    _____ Standard    __X__ Complex
                         9 months         12 months         18 months

Pretrial Conference to be set by trial judge.

Jury case __X__ Nonjury case _____.  Counsel estimate length of trial to be __7__ days.


Pretrial Order
P(s) to D(s)      March 18, 2009
D(s) to Ct        March 30, 2009

**Discovery Matters Pending/or Other Matters Requiring Attention:**

None.